JORDAN ETH (CA SBN 121617)
JEth@mofo.com
ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
YAHOO! INC., CAROL A. BARTZ, AND JERRY YANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCE BONATO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO! INC., CAROL A. BARTZ and JERRY YANG,<br><br>Defendants. | Case No. 3:11-cv-02732-CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION EXTENDING RESPONSE DEADLINE PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>[Civil L.R. 6-1(a)]<br><br>Judge: Charles R. Breyer<br>Complaint Filed: June 6, 2011<br>Trial Date: None Set |

**RECITALS**

A. Plaintiff commenced this purported securities class action on June 6, 2011;

B. This action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* (the "Reform Act");

C. Pursuant to the provisions of the Reform Act, motions for appointment of lead plaintiff and lead counsel are due to be filed on or about August 5, 2011;

D. Defendants' response to the complaint is presently due on or about August 15, 2011;

E. The parties agree that deferring Defendants' response until after the Court appoints a lead plaintiff and lead counsel pursuant to the Reform Act is prudent and will conserve party and judicial resources;

**STIPULATION**

NOW, THEREFORE, the parties hereby stipulate pursuant to Civil Local Rule 6-1(a) as follows:

1. Defendants shall have no obligation to respond to the complaint until after the Court appoints a lead plaintiff and lead counsel; and

2. Defendants will meet and confer with the court-appointed lead counsel within fourteen days after the Court makes its appointment to discuss a schedule for the filing of any amended complaint and Defendants' response, including their currently anticipated motion to dismiss.

Dated: August 3, 2011

ROBBINS GELLER RUDMAN & DOWD LLP

By: /s/ Christopher P. Seefer

Attorneys for Plaintiff
VINCE BONATO

Dated: August 3, 2011

MORRISON & FOERSTER LLP

By: /s/ Mark R.S. Foster

Attorneys for Defendants
YAHOO! INC., CAROL A. BARTZ, and JERRY YANG

# ECF ATTESTATION

I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file this:

**STIPULATION EXTENDING RESPONSE DEADLINE PENDING APPOINTMENTOF LEAD PLAINTIFF AND LEAD COUNSEL**

In compliance with General Order 45, X.B., I hereby attest that Christopher P. Seefer has concurred in this filing.

Dated: August 3, 2011                    MORRISON & FOERSTER LLP

                                          By:    /s/ Mark R.S. Foster

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 5, 2011