1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  ANNA ERICKSON WHITE (CA SBN 161385)
   AWhite@mofo.com
3  MARK R.S. FOSTER (CA SBN 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendants
   Yahoo! Inc., Carol A. Bartz, and Jerry Yang
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

| 13 | VINCE BONATO, Individually and on Behalf of All Others Similarly Situated, | Case No.   3:11-cv-02732-CRB |
|---|---|---|
| 14 | | **CLASS ACTION** |
| 15 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE UNTIL AFTER THE COURT APPOINTS LEAD PLAINTIFF AND LEAD COUNSEL** |
| 16 | v. | |
| 17 | YAHOO! INC., CAROL A. BARTZ and JERRY YANG, | |
| 18 | Defendants. | |
| 19 | | [Civil L.R. 6-1(b)] |

# RECITALS

A. Named plaintiff Vince Bonato commenced this purported securities class action on June 6, 2011;

B. This action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* (the "Reform Act");

C. Pursuant to the provisions of the Reform Act, competing motions for appointment of lead plaintiff and lead counsel were filed on August 5, 2011;

D. A hearing on the motions is scheduled for October 14, 2011, at 10:00 a.m.;

E. The Initial Case Management Conference ("CMC") for this action is presently set for September 16, 2011, at 8:30 a.m.;

F. All parties and movants agree that continuing the CMC until after the Court appoints a lead plaintiff and lead counsel pursuant to the Reform Act is prudent and will conserve party and judicial resources.

# STIPULATION

NOW, THEREFORE, the parties and movants hereby stipulate pursuant to Civil Local Rule 6-1(b) and subject to Court approval as follows:

1. The CMC, presently set for September 16, 2011, at 8:30 a.m., shall be taken off calendar.

2. Defendants will meet and confer with the court-appointed lead counsel within fourteen days after the Court makes its appointment to discuss the schedule in this action, including the rescheduling of the CMC to a date that is convenient to the Court's calendar.

Dated: September 7, 2011                MORRISON & FOERSTER LLP

By:   /s/ Mark R.S. Foster

Attorneys for Defendants Yahoo! Inc., Carol A. Bartz, and Jerry Yang

| | | |
|---|---|---|
| Dated: September 7, 2011 | ROBBINS GELLER RUDMAN & DOWD LLP | |
| | By: /s/ Christopher P. Seefer | |
| | Attorneys for Plaintiff Vince Bonato and Proposed Lead Plaintiff the Pension Trust Fund for Operating Engineers | |

Dated: September 7, 2011    BERSTEIN LIEBHARD LLP

By:   /s/ Joseph R. Seidman, Jr.

Attorneys for Proposed Lead Plaintiff
Adar Investment Fund, Ltd.

Dated: September 7, 2011    SCOTT+SCOTT LLP

By:   /s/ Joseph D. Cohen

Attorneys for Proposed Lead Plaintiff
Alan Hertz

Dated: September 7, 2011    HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Reed R. Kathrein

Attorneys for Proposed Lead Plaintiff
Peter Lewis

Dated: September 7, 2011    BERMAN DEVALERIO

By:   /s/ Anthony Phillips

Liaison Counsel for Proposed
Lead Plaintiff Thomas Burriss

**[PROPOSED] ORDER**

Having considered the Joint Stipulation of the parties and movants, and for good cause shown, **IT IS HEREBY ORDERED**:

1. The CMC, presently set for September 16, 2011, at 8:30 a.m., shall be taken off calendar.

2. Defendants shall meet and confer with the court-appointed lead counsel within fourteen days after the Court makes its appointment to discuss the schedule in this action, including the rescheduling of the CMC to a date that is convenient to the Court's calendar.

**IT IS SO ORDERED.**

Dated:  September 9 , 2011



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE