JORDAN ETH (CA SBN 121617)
JEth@mofo.com
ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
Yahoo! Inc., Carol A. Bartz, and Jerry Yang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCE BONATO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO! INC., CAROL A. BARTZ and JERRY YANG,<br><br>Defendants. | Case No. 3:11-cv-02732-CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE UNTIL AFTER THE COURT APPOINTS LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>**[Civil L.R. 6-1(b)]** |

**RECITALS**

A. Named plaintiff Vince Bonato commenced this purported securities class action on June 6, 2011;

B. This action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* (the "Reform Act");

C. Pursuant to the provisions of the Reform Act, competing motions for appointment of lead plaintiff and lead counsel were filed on August 5, 2011;

D. A hearing on the motions is scheduled for October 14, 2011, at 10:00 a.m.;

E. The Initial Case Management Conference ("CMC") for this action is presently set for September 16, 2011, at 8:30 a.m.;

F. All parties and movants agree that continuing the CMC until after the Court appoints a lead plaintiff and lead counsel pursuant to the Reform Act is prudent and will conserve party and judicial resources.

**STIPULATION**

NOW, THEREFORE, the parties and movants hereby stipulate pursuant to Civil Local Rule 6-1(b) and subject to Court approval as follows:

1. The CMC, presently set for September 16, 2011, at 8:30 a.m., shall be taken off calendar.

2. Defendants will meet and confer with the court-appointed lead counsel within fourteen days after the Court makes its appointment to discuss the schedule in this action, including the rescheduling of the CMC to a date that is convenient to the Court's calendar.

Dated: September 7, 2011          MORRISON & FOERSTER LLP

                                  By:  /s/ Mark R.S. Foster

                                  Attorneys for Defendants Yahoo! Inc.,
                                  Carol A. Bartz, and Jerry Yang

| | | |
|---|---|---|
| Dated: September 7, 2011 | | ROBBINS GELLER RUDMAN & DOWD LLP |
| | By: | /s/ Christopher P. Seefer |
| | | Attorneys for Plaintiff Vince Bonato and Proposed Lead Plaintiff the Pension Trust Fund for Operating Engineers |
| Dated: September 7, 2011 | | BERSTEIN LIEBHARD LLP |
| | By: | /s/ Joseph R. Seidman, Jr. |
| | | Attorneys for Proposed Lead Plaintiff Adar Investment Fund, Ltd. |
| Dated: September 7, 2011 | | SCOTT+SCOTT LLP |
| | By: | /s/ Joseph D. Cohen |
| | | Attorneys for Proposed Lead Plaintiff Alan Hertz |
| Dated: September 7, 2011 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: | /s/ Reed R. Kathrein |
| | | Attorneys for Proposed Lead Plaintiff Peter Lewis |
| Dated: September 7, 2011 | | BERMAN DEVALERIO |
| | By: | /s/ Anthony Phillips |
| | | Liaison Counsel for Proposed Lead Plaintiff Thomas Burriss |

1  <span style="text-decoration: line-through">[PROPOSED]</span> **ORDER**

Having considered the Joint Stipulation of the parties and movants, and for good cause shown, **IT IS HEREBY ORDERED**:

1. The CMC, presently set for September 16, 2011, at 8:30 a.m., shall be taken off calendar.

2. Defendants shall meet and confer with the court-appointed lead counsel within fourteen days after the Court makes its appointment to discuss the schedule in this action, including the rescheduling of the CMC to a date that is convenient to the Court's calendar.

**IT IS SO ORDERED.**

Dated: ___September 9___, 2011



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE