ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER P. SEEFER (201197)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
cseefer@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE BONATO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>YAHOO! INC., et al.,<br><br>    Defendants. | No. 11-cv-02732-CRB<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS |

655036_1

1    WHEREAS, on August 18, 2011, the Court entered an Order relating two securities class
2  actions pending in this District pursuant to N.D. Cal. Civil. L.R. 3-12(a): *Bonato v. Yahoo! Inc.*,, No.
3  11-cv-02732-CRB (filed on June 6, 2011) and *Twin City Pipe Trades Pension Trust v. Yahoo! Inc.*,
4  No. 11-cv-03870-CRB (filed on August 5, 2011) (collectively, the "Related Actions");

5    WHEREAS, the Private Securities Litigation Reform Act of 1995 requires district courts to
6  address consolidation before appointing a lead plaintiff (*see* 15 U.S.C. §78u-4(B)(ii)), which motions
7  are scheduled to be heard on October 14, 2011 at 10:00 a.m.;

8    WHEREAS, the parties believe that the Related Actions should be consolidated pursuant to
9  Rule 42(a) of the Federal Rules of Civil Procedure because they involve common questions of law
10 and fact; indeed, the Related Actions involve the same parties, events, and claims under the federal
11 securities laws; and

12   WHEREAS, the parties believe consolidation of the Related Actions would serve the
13 interests of judicial and litigant economy and avoid the potential for conflicting rulings.

14   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and defendants,
15 through their respective counsel of record, that the Related Actions should be consolidated as *In re*
16 *Yahoo! Inc. Securities Litigation*, Master File No. 11-cv-02732-CRB, and all documents should be
17 filed only in Master File No. 11-cv-02732-CRB.

18   IT IS SO STIPULATED.

19 DATED: September 30, 2011             ROBBINS GELLER RUDMAN
                                              & DOWD LLP
20                                        CHRISTOPHER P. SEEFER
21
22                                           s/ Christopher P. Seefer
                                          CHRISTOPHER P. SEEFER
23
24                                        Post Montgomery Center
                                          One Montgomery Street, Suite 1800
25                                        San Francisco, CA 94104
                                          Telephone: 415/288-4545
26                                        415/288-4534 (fax)
27
28

| | |
|---|---|
| | ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>DARREN J. ROBBINS<br>DANIELLE S. MYERS<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Attorneys for Plaintiffs Vince Bonato and<br>Twin City Pipe Trades Pension Trust |
| DATED: September 30, 2011 | MORRISON & FOERSTER LLP<br>JORDAN ETH<br>ANNA ERICKSON WHITE<br>MARK R.S. FOSTER<br><br>　　　　s/ Mark R.S. Foster　　　　<br>　　　　MARK R.S. FOSTER<br><br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415/268-7000<br>415/268-7522 (fax)<br><br>Attorneys for Defendants |

I, Christopher P. Seefer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Administrative Motion to Relate Cases. In compliance with General Order 45, X.B., I hereby attest that Mark R.S. Foster has concurred in this filing.

　　　　s/ Christopher P. Seefer　　　　
　　　　CHRISTOPHER P. SEEFER

\*　　\*　　\*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __October 4, 2011__　　　　　　_____
THE HONORABLE
UNITED STATES

*[Seal: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*