IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE BONATO,<br><br>          Plaintiff,<br><br>   v.<br><br>YAHOO INC,<br><br>          Defendant._____/ | No. C 11-02732 CRB<br><br>**ORDER APPOINTING LEAD PLAINTIFF** |

    Now before the Court are various motions for appointment as lead plaintiff and for approval of lead counsel. Having carefully reviewed the papers submitted by all parties, the Court concludes pursuant to Local Rule 7-1(b) that oral argument is unnecessary. The hearing scheduled for October 14, 2011 is hereby VACATED. All parties besides Pension Trust Fund for Operating Engineers ("Pension Trust Fund") have either withdrawn their motions, failed to oppose Pension Trust Fund's Motion, or stated their non-opposition to Pension Trust Fund's Motion. Thus, the Court ORDERS as follows:

    1. Pension Trust Fund for Operating Engineers' Motion for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel is GRANTED;

    2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), hereby appoints the Pension Trust Fund as Lead Plaintiff; and

3.  Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the class is approved.

**IT IS SO ORDERED.**

Dated: October 12, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California