IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE YAHOO! INC. SECURITIES LITIGATION<br>_____<br>VINCE BONATO,<br>        Plaintiff,<br>   v.<br>YAHOO INC., CAROL A. BARTZ, JERRY YANG, and TIMOTHY R. MORSE,<br>        Defendants.<br>_____/ | No. C 11-02732 CRB<br><br>**JUDGMENT** |

    The Court, having granted Defendants' motion to dismiss for failure to state a claim (dkt. 87), hereby enters Judgment on all claims for Defendants as set forth in the dismissal order.

**IT IS SO ORDERED.**

Dated: September 11, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2732\Judgment.wpd