IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE YAHOO! INC. SECURITIES LITIGATION <br> _____ <br><br> VINCE BONATO, <br><br>     Plaintiff, <br><br> v. <br><br> YAHOO INC., CAROL A. BARTZ, JERRY YANG, and TIMOTHY R. MORSE, <br><br>     Defendants. <br> _____/ | No. C 11-02732 CRB <br><br> **JUDGMENT** |

    The Court, having granted Defendants' motion to dismiss for failure to state a claim (dkt. 87), hereby enters Judgment on all claims for Defendants as set forth in the dismissal order.

**IT IS SO ORDERED.**

Dated: September 11, 2012

                                      CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2732\Judgment.wpd